**SIGNATURE & DECLARATION**

FILED
IN CLERKS OFFICE

2025 MAR 27 AM 12: 28

U.S. DISTRICT COURT
DISTRICT OF MASS

I, My-Name-Is-Private, one of the people, in this Court of Record, under the Supreme Authority of Common Law, declare under penalty of perjury that the foregoing statements are true, correct, and complete to the best of my knowledge and belief, and that all lawful demands herein must be honored without delay.

• Blackstone's Commentaries, Vol. I, Ch. 7:

"A court of record is the highest authority in the land, and its declarations stand as law."

This filing is made without prejudice and with all rights reserved under the Common Law.

• Blackstone's Commentaries, Vol. III, Ch. 12:

"No man shall be deprived of his rights except by the law of the land."

---

Executed this 24 day of MARCH, 2025.

Signed: My-NAME-IS-PRIVATE.

My-Name-Is-Private

Living Man, In This Court of Record

# CERTIFICATION OF SERVICE

I further certify that on the date listed above, I caused to be served a full and complete copy of:

• Main Federal Filing, Pages 1–308, consisting of:

• Jurisdictional Statement and Declarations (Pages 1–155)

• Exhibit Index (Page 156)

• Filed Exhibits (Pages 162–308)

Upon the following named defendants:

## DEFENDANTS:

1. WAREHAM DISTRICT COURT

2200 Cranberry Highway (Route 28)

West Wareham, MA 02576

2. Edward H. Sharkansky

In his official capacity as Judge of the Wareham District Court

And in his personal capacity

(Service to same address as above)

3. Daryl G. Manchester

In his official capacity as Clerk of the Wareham District Court

And in his personal capacity

(Service to same address as above)

4. Sabine M. Coyne

In her official capacity as Judge of the Wareham District Court

And in her personal capacity

(Service to same address as above)


5. Kristine A. Stone

In her official capacity as Judge of the Wareham District Court

And in her personal capacity

(Service to same address as above)

**FILED WITH:**

United States District Court

District of Massachusetts

John Joseph Moakley U.S. Courthouse

1 Courthouse Way

Boston, MA 02210

**METHOD OF SERVICE:**

- United States District Court: Hand Delivery

- All Other Listed Defendants: Express Mail with Return Receipt

