**EXHIBIT 29**

---

**29. DECLARATION OF COERCION AND INVOLUNTARY APPEARENCE (Filed 03/14/2025)**

FILED
IN CLERKS OFFICE
2025 MAR 27 AM 12: 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THIS COURT OF RECORD, UNDER COMMON LAW, WITH ALL RIGHTS RESERVED

My-Name-Is-Private, one of the people, the living man

c/o 3 Helen Street, Lakeville, MA 02347-2034

[No Email – Private Communication Only]

DATE: March 14th, 2025

TO:

Clerk of the Court

Wareham District Court

2200 Cranberry Hwy

West Wareham, MA 02576

RE: DECLARATION OF COERCION AND INVOLUNTARY APPEARANCE
CASE NO.: 2560cR000057

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

---

**DECLARATION OF COERCION AND INVOLUNTARY APPEARANCE**

COMES NOW, My-Name-Is-Private, one of the people, appearing under special appearance only, expressly not granting jurisdiction, in this court of record and complains and places this Declaration of Coercion and Involuntary Appearance upon the record.

Page 1 of 3

I declare under penalty of perjury that my presence at the hearing scheduled for March 14, 2025, is not voluntary and is compelled under threat, duress, and coercion. I am being forced under threat of arrest and imprisonment to appear in a proceeding that has failed to establish lawful jurisdiction.

## 1. LACK OF VOLUNTARY CONSENT TO PROCEEDINGS

- I do not consent to these proceedings, nor do I waive any of my inherent, unalienable rights.

- I am not voluntarily appearing but am being forced to be present under threat of imprisonment.

- My presence does not and cannot be construed as granting jurisdiction to this court.

## 2. COURT'S FAILURE TO PROVE JURISDICTION

- A court cannot assume jurisdiction; it must be explicitly proven. *(Baldwin v. Hale, 68 U.S. 223 (1863))*

- The burden of proof is on the party asserting jurisdiction. *(McNutt v. General Motors Acceptance Corp., 298 U.S. 178 (1936))*

- No man is bound to accept a benefit against his will. (Maxim of Law: Quod non habet principium non habet finem.)

- Jurisdiction once challenged must be proven. *(Cohens v. Virginia, 19 U.S. 264 (1821))*

- Jurisdiction must be based on voluntary consent and due process. *(Hagan v. Lavine, 415 U.S. 528 (1974))*

- A court operating without jurisdiction is acting in fraud. *(Pennoyer v. Neff, 95 U.S. 714 (1878))*

- Fraud vitiates all proceedings. *(Windsor v. McVeigh, 93 U.S. 274 (1876))*

### 3. NOTICE OF TRESPASS AND UNLAWFUL ACTIONS

- Trespass on the case occurs when a party acts beyond their lawful authority. *(Brady v. United States, 397 U.S. 742 (1970))*

- The use of coercion to force participation is unlawful. *(Miranda v. Arizona, 384 U.S. 436 (1966))*

- Fraud and jurisdiction cannot co-exist. *(Boyd v. United States, 116 U.S. 616 (1886))*

- Any further attempt to proceed without proving jurisdiction will constitute willful trespass and fraud.

- All court officers, judges, and prosecutors involved in continuing this matter without jurisdiction will be held personally liable.

- I reserve all rights, including but not limited to seeking redress against all parties involved.

### 4. REMEDY DEMANDED

- Immediate dismissal of all charges and proceedings due to lack of jurisdiction and coercion.

- A certified written response from the court confirming the basis for jurisdiction.

- Acknowledgment that my appearance is involuntary and does not constitute consent.

This declaration is made under penalty of perjury under the laws of the United States and the laws of this Court of Record, with all rights reserved.

Respectfully submitted,

*My-Name-Is-Private*
My-Name-Is-Private

Living Man, In This Court of Record

