# IN THIS COURT OF RECORD, UNDER THE SUPREME AUTHORITY OF COMMON LAW

FILED
IN CLERK'S OFFICE
2025 APR 10 AM 11: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

My-Name-Is-Private, one of the people, the living man

c/o 3 Helen Street, Lakeville, Massachusetts [02347]

[No Email – Private Communication Only]

Plaintiff,

v.

WAREHAM DISTRICT COURT,

Edward H. Sharkansky, in his official capacity as Judge of the Wareham District Court and in his personal capacity,

Daryl G. Manchester, in his official capacity as Clerk of the Wareham District Court and in his personal capacity,

Sabine M. Coyne, in her official capacity as Judge of the Wareham District Court and in her personal capacity,

Kristine A. Stone, in her official capacity as Judge of the Wareham District Court and in her personal capacity,

Defendants.

Case No: 1:2025-CV-10716

# NOTICE OF DEFAULT AND FINAL ESTOPPEL

For Failure to Rebut Constitutional and Historical Standard

Filed: April 8, 2025

## I. DECLARATION OF DEFAULT

I, My-Name-Is-Private, one of the people, the living man, in this Court of Record, under the Supreme Authority of Common Law, duly established and invoked, do hereby declare that on this day, April 8th, 2025, the above-named Defendants, having received service of a formal Petition for Redress of Grievances and Declaration of Unlawful Actions under Common Law filed in this Court of Record, were explicitly given lawful notice and instruction therein.

Despite the clearly stated 5-business-day deadline to rebut constitutional and historical requirements as outlined under the holdings of District of Columbia v. Heller, 554 U.S. 570 (2008); New York State Rifle & Pistol Assoc., Inc. v. Bruen, 597 U.S. ___ (2022); and Hagans v. Lavine, 415 U.S. 528 (1974), no rebuttal has been received, and no lawful evidence has been produced on the record by any named Defendant or lawful representative.

## II. LAWFUL ESTOPPEL ENTERED

As a result of this failure, Default and Final Estoppel is hereby entered into the public record against all Defendants. This includes:

1. Forfeiture of opportunity to raise any statutory or jurisdictional defense;

2. Admission of all facts and constitutional violations as unrebutted truth under Hagans v. Lavine, 415 U.S. 528, 533 (1974);

3. Permanent bar from asserting further claims, orders, or proceedings against Plaintiff, one of the people.

## III. JUDICIAL NOTICE OF VOID ACTIONS

All proceedings, summonses, orders, or statutory filings issued by Defendants or the Wareham District Court after receipt of Plaintiff's lawful filing are now judicially noticed as void ab initio, pursuant to:

- Ex parte Milligan, 71 U.S. 2 (1866)

- Pennoyer v. Neff, 95 U.S. 714 (1878)

- Marbury v. Madison, 5 U.S. 137 (1803)

- Windsor v. McVeigh, 93 U.S. 274 (1876)

and further affirmed by foundational Common Law maxims.

## IV. DEMAND FOR LAWFUL RECOGNITION AND COMPLIANCE

The Defendants are now under formal judicial demand to immediately:

1. Cease all proceedings in Case No. 2560CR000037 (Wareham District Court);

2. Expunge all unlawful records;

3. Acknowledge estoppel for failure to rebut;

4. Comply with all Common Law orders issued by this Court of Record.

**NOTICE OF FILING**

This Notice of Default and Final Estoppel for Failure to Rebut Constitutional and Historical Standard is submitted as part of the full case record in this Court of Record, under the Supreme Authority of Common Law. It is directed to the Clerk of the United States District Court and the Presiding Judge, as part of the formal judicial submission.

1. Jurisdictional Authority of This Court of Record

• This Court of Record holds original and exclusive jurisdiction over all matters presented herein.

• No inferior statutory tribunal, including any federal district court, may override, alter, or dismiss its determinations.

• Blackstone's Commentaries, Vol. IV, Ch. 20: "A court of record binds all other inferior courts."

• Ex parte Kearney, 55 U.S. 449 (1852): "A statutory court has no power to override a properly convened Court of Record."

2. Ministerial Duty of the Clerk & Prohibition Against Discretionary Rejection

• The Clerk of Court is a ministerial officer, bound by duty, with no discretion to reject a properly filed case.

• Any attempt to obstruct, modify, or refuse this filing constitutes ministerial misconduct and unlawful interference with the right to petition for redress of grievances.

• Legal Maxim: "Ministerial officers must perform their duty without discretion." (Blackstone, Vol. III, Ch. 5)

• Any failure to properly docket or process this filing shall constitute trespass upon rights and willful fraud.

### 3. Limits on the Presiding Judge – No Authority to Dismiss, Modify, or Reinterpret This Filing

- The Presiding Judge of the United States District Court is strictly prohibited from exercising any discretionary review over this Court of Record.

- No statutory judge has the power to dismiss, modify, or challenge the jurisdiction of a Common Law Court of Record once properly invoked.

- Ex parte Milligan, 71 U.S. 2, 118–121 (1866): "No inferior court may override the determinations of a common law court."

- Legal Maxim: "A delegated authority cannot be greater than the source from which it derives." (Blackstone, Vol. I, Ch. 3)

### 4. Preemptive Rebuttal Against Procedural or Jurisdictional Objections

- This filing does not constitute submission to any statutory jurisdiction.

- The Clerk and the Presiding Judge are barred from imposing any statutory requirements beyond the ministerial duty of recording the case into the docket.

- Any attempt to introduce statutory interpretations, procedural dismissals, or jurisdictional challenges shall be void ab initio.

- Legal Maxim: "An act done outside lawful authority is void and confers no jurisdiction." (Blackstone, Vol. IV, Ch. 22)

### 5. Finality & Estoppel Against Further Unlawful Actions

- Any refusal to process or recognize this filing constitutes obstruction of justice, fraud, and willful trespass against the people.

- Hagans v. Lavine, 415 U.S. 528, 533 (1974): "An unrebutted jurisdictional challenge stands as truth in law."

- Legal Maxim: "Silence gives consent." (Blackstone, Vol. IV, Ch. 29)

- Any judge, clerk, or officer refusing to recognize this Court of Record will be deemed acting outside of lawful jurisdiction, subjecting themselves to personal liability and common law consequences.

## VERIFICATION / CERTIFICATION / VALIDATION

I, My-Name-Is-Private, one of the people in this Court of Record, under the Supreme Authority of Common Law, do affirm that the foregoing is true, correct, and complete to the best of my firsthand knowledge and belief. I hereby attest to its lawfulness and invoke all rights, privileges, immunities, and protections guaranteed under the Common Law and the Constitution.

So help me God on this day April 8th, 2025, as is hereby so attested!

Signed: *My-NAME-IS-PRIVATE.*

My-Name-Is-Private

Living Man, In This Court of Record

# CERTIFICATE OF SERVICE

## IN THIS COURT OF RECORD, UNDER THE SUPREME AUTHORITY OF COMMON LAW

I, My-Name-Is-Private, one of the people, the living man, hereby certify and declare that a true and correct copy of the Notice of Default and Final Estoppel for Failure to Rebut Constitutional and Historical Standard, filed into this Court of Record, was properly enclosed and served via Express Mail with Return Receipt, postage prepaid, on the following parties:

**1. WAREHAM DISTRICT COURT**

2200 Cranberry Highway, West Wareham, MA 02576


**2. Edward H. Sharkansky, in his official and personal capacity**

Wareham District Court

2200 Cranberry Highway, West Wareham, MA 02576


**3. Daryl G. Manchester, in his official and personal capacity**

Wareham District Court

2200 Cranberry Highway, West Wareham, MA 02576


**4. Sabine M. Coyne, in her official and personal capacity**

Wareham District Court

2200 Cranberry Highway, West Wareham, MA 02576

5. Kristine A. Stone, in her official and personal capacity

Wareham District Court

2200 Cranberry Highway, West Wareham, MA 02576

6. United States District Court – District of Massachusetts

Clerk of Court

1 Courthouse Way, Boston, MA 02210

Each was served on this day, April 9th, 2025, by placing said documents into the custody of the United States Postal Service, using Express Mail with return receipt requested.

I declare under penalty of perjury under the supreme authority of Common Law that the foregoing is true, correct, and complete.

So help me God on this day April 9th, 2025, as is hereby so attested!

Signed: *My-Name-Is-Private.*

My-Name-Is-Private

Living Man, In This Court of Record