FILED
IN CLERK'S OFFICE

# IN THIS COURT OF RECORD, UNDER THE SUPREME AUTHORITY OF COMMON LAW ALL RIGHTS RESERVED

2025 APR 16 PM 12: 36

My-Name-Is-Private, one of the people, the living man

c/o 3 Helen Street, Lakeville, Massachusetts [02347]

[No Email – Private Communication Only]


Plaintiff,

v.

WAREHAM DISTRICT COURT,

Edward H. Sharkansky,

Daryl G. Manchester,

Sabine M. Coyne,

Kristine A. Stone,

each in their personal and official capacities,


Defendants.


Case No: 1:2025-CV-10716

# NOTICE OF FINAL DEFAULT AND DEMAND FOR PERMANENT INJUNCTION

For Failure to Rebut Within Constitutional and Historical Standard

Filed: April 15, 2025

## I. JUDICIAL NOTICE OF FINAL DEFAULT

Let it be entered into the public record of this Court of Record, that as of April 15, 2025, no rebuttal or lawful response has been submitted by any of the above-named Defendants in reply to the Petition for Redress of Grievances and Declaration of Unlawful Actions under Common Law, previously filed and served upon them. The 10-business-day constitutional window to answer and rebut the specific historical and legal demands, including those required under New York State Rifle & Pistol Ass'n, Inc. v. Bruen, 597 U.S. ___, 142 S. Ct. 2111, 213 L. Ed. 2d 387 (2022), has expired.

## II. ADMISSION AND ESTOPPEL ENTERED

As no legal or historical proof has been produced justifying any registry, statutory control, or jurisdiction over the Plaintiff, a living man, the following legal conclusions are now formally and finally established:

1. Jurisdiction has not been proven as required by Pennoyer v. Neff, 95 U.S. 714 (1878);
2. All presumptions have been rebutted, with no contrary evidence presented;
3. Permanent estoppel is hereby entered against all named Defendants, barring them from any future claim, motion, or enforcement action against Plaintiff;
4. All actions, warrants, and filings in Case No. 2560CR000037 (Wareham District Court) are void ab initio, per Ex parte Milligan, 71 U.S. 2 (1866) and Windsor v. McVeigh, 93 U.S. 274 (1876).

## III. DEMAND FOR PERMANENT INJUNCTION

This Court of Record now demands and issues the following:

1. Immediate and permanent injunction against the Wareham District Court and all its officers from further action, summons, or prosecution of the Plaintiff;
2. Immediate expungement of all records and warrants issued in connection with the aforementioned matter;
3. Recognition of full judicial estoppel for failure to rebut a properly invoked Court of Record;
4. Acknowledgment that statutory officers are without discretion or immunity once acting without jurisdiction (Owen v. City of Independence, 445 U.S. 622 (1980); Ex parte Young, 209 U.S. 123 (1908)).

## NOTICE OF FILING

This Notice of Final Default and Demand for Permanent Injunction is submitted as part of the full case record in this Court of Record, under the Supreme Authority of Common Law. It is directed to the Clerk of the United States District Court and the Presiding Judge, as part of the formal judicial submission.

### 1. Jurisdictional Authority of This Court of Record

- This Court of Record holds original and exclusive jurisdiction over all matters presented herein.
- No inferior statutory tribunal, including any federal district court, may override, alter, or dismiss its determinations.
- Blackstone's Commentaries, Vol. IV, Ch. 20: "A court of record binds all other inferior courts."
- Ex parte Kearney, 55 U.S. 449 (1852): "A statutory court has no power to override a properly convened Court of Record."

### 2. Ministerial Duty of the Clerk & Prohibition Against Discretionary Rejection

- The Clerk of Court is a ministerial officer, bound by duty, with no discretion to reject a properly filed case.

- Legal Maxim: "Ministerial officers must perform their duty without discretion." (Blackstone, Vol. III, Ch. 5)
- Any failure to docket or process constitutes trespass and willful fraud.

### 3. Limits on the Presiding Judge – No Authority to Dismiss or Modify

- No statutory judge has the power to dismiss, reinterpret, or assume jurisdiction over a properly invoked Court of Record.
- Ex parte Milligan, 71 U.S. 2, 118–121 (1866): "No inferior court may override the determinations of a common law court."

### 4. Finality & Estoppel

- Hagans v. Lavine, 415 U.S. 528, 533 (1974): "An unrebutted jurisdictional challenge stands as truth in law."
- Legal Maxim: "Silence gives consent." (Blackstone, Vol. IV, Ch. 29)

## VERIFICATION / CERTIFICATION / VALIDATION

I, My-Name-Is-Private, one of the people in this Court of Record, under the Supreme Authority of Common Law, do affirm that the foregoing is true, correct, and complete to the best of my firsthand knowledge and belief. I hereby attest to its lawfulness and invoke all rights, privileges, immunities, and protections guaranteed under the Common Law and the Constitution.

So help me God on this day April 15, 2025, as is hereby so attested!

Signed: *My-Name-Is-Private.*

My-Name-Is-Private

Living Man, In This Court of Record

# CERTIFICATE OF SERVICE

## IN THIS COURT OF RECORD, UNDER THE SUPREME AUTHORITY OF COMMON LAW

I, My-Name-Is-Private, one of the people, the living man, certify and declare that I have caused to be served a true and correct copy of the Notice of Final Default and Demand for Permanent Injunction in the above-captioned matter upon the following named Defendants, by United States Postal Service (USPS) Express Mail with Return Receipt, confirming lawful service:

- WAREHAM DISTRICT COURT

    2200 Cranberry Hwy, West Wareham, MA 02576

- Edward H. Sharkansky

    Judge of the Wareham District Court

    2200 Cranberry Hwy, West Wareham, MA 02576

- Daryl G. Manchester

    Clerk of the Wareham District Court

    2200 Cranberry Hwy, West Wareham, MA 02576

- Sabine M. Coyne

    Judge of the Wareham District Court

    2200 Cranberry Hwy, West Wareham, MA 02576

- Kristine A. Stone

    Judge of the Wareham District Court

    2200 Cranberry Hwy, West Wareham, MA 02576

Each Defendant was mailed a complete and sealed copy of the Notice of Final Default and Demand for Permanent Injunction via USPS Express Mail with Return Receipt. Upon return of the signed green cards, they will be entered into the case record as Exhibits A through E, proving proper and confirmed service.

This filing is submitted as part of the lawful case record in this Court of Record, under the Supreme Authority of Common Law. Failure to rebut this service or its contents shall constitute final estoppel and unrebutted fact in law.

Executed on this 15 day of April, 2025.

Respectfully submitted,

Signed: My-Name-Is-Private

My-Name-Is-Private

Living Man, In This Court of Record

c/o 3 Helen Street, Lakeville, Massachusetts [02347]

[No Email – Private Communication Only]