UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MY-NAME-IS-PRIVATE, <br><br> **Plaintiff,** <br><br> v. <br><br> WAREHAM DISTRICT COURT; EDWARD H. SHARKANSKY, in HIS OFFICIAL CAPACITY AS JUDGE OF THE WAREHAM DISTRICT COURT and in his PERSONAL CAPACITY; DARYL G. MANCHESTER, in his OFFICIAL CAPACITY as CLERK of the WAREHAM DISTRICT COURT and in his PERSONAL CAPACITY; SABINE M. COYNE, in her OFFICIAL CAPACITY as JUDGE OF THE WAREHAM DISTRICT COURT and in her PERSONAL CAPACITY; KRISTINE A. STONE, in her OFFICIAL CAPACITY as JUDGE of the WAREHAM DISTRICT COURT and in her PERSONAL CAPACITY, <br><br> **Defendants.** | C.A. No. 25-10716 |

## MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

The Defendants respectfully move, under Fed. R. Civ. P. 6(b)(1)(A), for a sixty-day enlargement of time to answer or respond to the Plaintiff's Complaint, currently due on Monday, April 21, 2025. If granted, the enlargement of time would make such answer or response due on or before Friday, **June 20, 2025**. As grounds for this motion, the Defendants state as follows:

1. The Plaintiff served his Complaint[1] on the Defendants on March 31, 2025, and the undersigned counsel was assigned to this matter on April 14, 2025. *See* Dkt. Nos. 9-13.

---

[1] The full name of Plaintiff's Complaint is "PETITION FOR REDRESS OF GRIEVANCES, WRIT OF INJUNCTION & PROHIBITION, MEMORANDUM OF LAW, AND ACCOMPANYING MOTIONS & NOTICES". Dkt. No. 1.

1

2. The undersigned counsel requires additional time to respond to Plaintiff's Complaint in light of other professional obligations, including drafting an appellate brief due May 16, 2025, in a parental rights termination case, *Matlock v. Department of Children and Families* (Mass. App. Ct. 2025-P-0043), taking depositions and drafting a summary judgment motion due June 1, 2025, in *Brinkman v. Department of Elementary and Secondary Education* (D.Mass. 23-12305-LTS), and compiling and filing an extensive administrative record due May 29, 2025, in *Manchester Zoning Board of Appeals v. Housing Appeals Committee* (Essex Sup. Ct. 2577CV00002). In addition, the undersigned counsel has a preplanned vacations from May 5-9, 2025, and June 9-13, 2025.

3. The Plaintiff's Complaint package, including the attached exhibits, is 293 pages long and includes numerous motions, including a "Motion for Expedited Judicial Review of Jurisdiction," a "Motion to Strike All Unlawful Presumptions," and a "Motion to Strike Any Reference to Plaintiff as 'Defendant'". *See* Dkt. No. 1. The Complaint purports to raise several claims under the federal constitution and statutes. In addition, Plaintiff has filed a "Notice of Default and Final Estoppel", Dkt. No. 5, a "Common Law Bond Declaration", Dkt. No. 8, and a "Notice of Final Default and Demand for Permanent Injunction", Dkt. No. 7, which the Defendants intend to address in their answer. The undersigned counsel requires more time to review the Complaint and prepare a response on behalf of the Defendants.

4. This is the first time that the Defendants have asked for an extension of time in this matter. The requested extension is reasonable and will not prejudice Plaintiff.

        Respectfully submitted,

        ANDREA JOY CAMPBELL,
        ATTORNEY GENERAL

        */s/ Erin E. Fowler*
        Erin E. Fowler, BBO #707188
        Assistant Attorney General
        Office of the Attorney General
        Government Bureau
        Constitutional and Administrative Law Division
        One Ashburton Place
        Boston, MA 02108-1698
        Erin.E.Fowler@mass.gov

Date: April 17, 2025

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I could not conference this motion with Plaintiff in compliance with the District Court Local Rule 7.1(a)(2), because Plaintiff has not provided a telephone number or email in his filings.

## CERTIFICATE OF SERVICE

I, Erin E. Fowler, hereby certify that this document filed on April 17, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants:

Richard Alan Buzzell, *pro se*
c/o 3 Helen Street
Lakeville, MA 02347-2034
(My-Name-Is-Private - Plaintiff)

                               */s/ Erin E. Fowler*
                               Erin E. Fowler, BBO #707188
                               Assistant Attorney General

Dated: April 17, 2025