IN THIS COURT OF RECORD, UNDER THE SUPREME AUTHORITY OF
COMMON LAW
ALL RIGHTS RESERVED

My-Name-Is-Private, one of the people, the living man
c/o 3 Helen Street
Lakeville, Massachusetts [02347]
[No Email – Private Communication Only]

Plaintiff,
v.
WAREHAM DISTRICT COURT,
Edward H. Sharkansky,
Daryl G. Manchester,
Sabine M. Coyne,
Kristine A. Stone,
each in their personal and official capacities,

Defendants.

Case No: 1:2025-CV-10716

## ORDER FOR IMMEDIATE FEDERAL INJUNCTION AND PROHIBITION

Filed: __APRIL 18__, 2025

I, My-Name-Is-Private, one of the people, in this Court of Record, under the Supreme Authority of Common Law, do hereby issue this Order for Immediate Federal Injunction and Prohibition. This Order is submitted following the perfected and unrebutted defaults of all named Defendants as of April 15, 2025, pursuant to the First, Ninth, and Tenth Amendments to the Constitution for the United States of America, and the judicial estoppel entered by operation of law.

This Court of Record is not subject to discretionary review by any inferior statutory tribunal and binds all ministerial officers under constitutional mandate, as affirmed by Blackstone's Commentaries, Vol. IV, Ch. 20, which states: "A Court of Record binds all inferior courts; it is the highest authority known to law."

**LET IT BE ORDERED:**

1. That the United States District Court for the District of Massachusetts shall immediately issue and docket a permanent injunction prohibiting the Wareham District Court and its officers from any further action, warrant, or prosecution against the Plaintiff in Case No. 2560CR000037.

2. That all future proceedings, filings, or summonses issued by the Wareham District Court against the Plaintiff shall be deemed null, void, and without lawful jurisdiction.

3. That the perfected default, unrebutted jurisdictional challenge, and judicial estoppel on the record shall be recognized as lawfully binding and final.

4. That ministerial officers of this court are without discretion to refuse this Order under Common Law authority and are hereby commanded to enter it into the public record.

**AUTHORITY IN SUPPORT:**

• Ex parte Milligan, 71 U.S. 2 (1866)

• Pennoyer v. Neff, 95 U.S. 714 (1878)

• Windsor v. McVeigh, 93 U.S. 274 (1876)

• District of Columbia v. Heller, 554 U.S. 570, 128 S. Ct. 2783, 171 L. Ed. 2d 637 (2008)

• New York State Rifle & Pistol Ass'n, Inc. v. Bruen, 597 U.S. ___, 142 S. Ct. 2111, 213 L. Ed. 2d 387 (2022)

• Hagans v. Lavine, 415 U.S. 528 (1974)

• Blackstone's Commentaries, Vol. IV, Ch. 20

**NOTICE OF FILING**
This Order is submitted as part of the official record in this Court of Record. The Clerk of the U.S. District Court is under ministerial duty to docket and enter this Order without discretion. Any refusal to do so shall constitute trespass, obstruction, and violation of oath.

This Order for Immediate Federal Injunction and Prohibition is submitted as part of the full case record in this Court of Record, under the Supreme Authority of Common Law. It is directed to the Clerk of the United States District Court and the Presiding Judge, as part of the formal judicial submission.

1. Jurisdictional Authority of This Court of Record

• This Court of Record holds original and exclusive jurisdiction over all matters presented herein.

• No inferior statutory tribunal, including any federal district court, may override, alter, or dismiss its determinations.

• Blackstone's Commentaries, Vol. IV, Ch. 20: "A court of record binds all other inferior courts."

• Ex parte Kearney, 55 U.S. 449 (1852): "A statutory court has no power to override a properly convened Court of Record."

2. Ministerial Duty of the Clerk & Prohibition Against Discretionary Rejection

• The Clerk of Court is a ministerial officer, bound by duty, with no discretion to reject a properly filed case.

• Any attempt to obstruct, modify, or refuse this filing constitutes ministerial misconduct and unlawful interference with the right to petition for redress of grievances.

• Legal Maxim: "Ministerial officers must perform their duty without discretion." (Blackstone, Vol. III, Ch. 5)

• Any failure to properly docket or process this filing shall constitute trespass upon rights and willful fraud.

3. Limits on the Presiding Judge – No Authority to Dismiss, Modify, or Reinterpret This Filing

• The Presiding Judge of the United States District Court is strictly prohibited from exercising any discretionary review over this Court of Record.

• No statutory judge has the power to dismiss, modify, or challenge the jurisdiction of a Common Law Court of Record once properly invoked.

• Ex parte Milligan, 71 U.S. 2, 118–121 (1866): "No inferior court may override the determinations of a common law court."

• Legal Maxim: "A delegated authority cannot be greater than the source from which it derives." (Blackstone, Vol. I, Ch. 3)

4. Preemptive Rebuttal Against Procedural or Jurisdictional Objections

• This filing does not constitute submission to any statutory jurisdiction.

• The Clerk and the Presiding Judge are barred from imposing any statutory requirements beyond the ministerial duty of recording the case into the docket.

• Any attempt to introduce statutory interpretations, procedural dismissals, or jurisdictional challenges shall be void ab initio.

• Legal Maxim: "An act done outside lawful authority is void and confers no jurisdiction." (Blackstone, Vol. IV, Ch. 22)

5. Finality & Estoppel Against Further Unlawful Actions

• Any refusal to process or recognize this filing constitutes obstruction of justice, fraud, and willful trespass against the people.

• Hagans v. Lavine, 415 U.S. 528, 533 (1974): "An unrebutted jurisdictional challenge stands as truth in law."

• Legal Maxim: "Silence gives consent." (Blackstone, Vol. IV, Ch. 29)

• Any judge, clerk, or officer refusing to recognize this Court of Record will be deemed acting outside of lawful jurisdiction, subjecting themselves to personal liability and common law consequences.

**VERIFICATION / CERTIFICATION / VALIDATION**

I, My-Name-Is-Private, one of the people, in this Court of Record, under the Supreme Authority of Common Law, do affirm that the foregoing is true, correct, and complete to the best of My firsthand knowledge and belief. I hereby attest to its lawfulness and invoke all rights, privileges, immunities, and protections guaranteed under the Constitution and the Common Law.

So help me God on this day *18th APRIL*, 2025, as is hereby so attested!

Signed: *My-NAME-IS-PRIVATE.*
My-Name-Is-Private
Living Man, In This Court of Record
c/o 3 Helen Street, Lakeville, Massachusetts [02347]


It is so Ordered and Decreed,


_____

U.S. District Judge
District of Massachusetts

Date: _____