IN THIS COURT OF RECORD, UNDER THE SUPREME AUTHORITY OF COMMON LAW

ALL RIGHTS RESERVED

My-Name-Is-Private, one of the people, the living man
c/o 3 Helen Street
Lakeville, Massachusetts [02347]
[No Email – Private Communication Only]

**Plaintiff,**

v.

WAREHAM DISTRICT COURT,
Edward H. Sharkansky,
Daryl G. Manchester,
Sabine M. Coyne,
Kristine A. Stone,
each in their personal and official capacities,

**Defendants.**

Case No: 1:2025-CV-10716

WRIT OF PROHIBITION AND JUDICIAL NOTICE OF TRESPASS UPON A SUPERIOR COURT OF RECORD

Filed: _APRIL 18TH_, 2025

This filing is not subject to discretionary review by any inferior statutory tribunal and binds all ministerial officers under constitutional mandate, as affirmed by Blackstone's Commentaries, Vol. IV, Ch. 20, which states:

"A Court of Record binds all inferior courts; it is the highest authority known to law."

### I. JURISDICTIONAL STANDING AND PROCEDURAL FINALITY

1. This Court of Record was properly convened and filed into the United States District Court for the District of Massachusetts under original jurisdiction pursuant to the First, Ninth, and Tenth Amendments to the Constitution for the United States of America, operating solely under the Supreme Authority of Common Law, and not under statutory regulation.

2. On March 31, 2025, all named Defendants were served with the Petition for Redress of Grievances, jurisdictional challenge, and notice of remedy. All parties received said documents by April 1, 2025.

3. The named Defendants failed to rebut the challenge to jurisdiction, failed to provide historical proof of lawful authority under New York State Rifle & Pistol Ass'n, Inc. v. Bruen, and failed to file any lawful or factual answer.

4. Default was perfected in law as of April 15, 2025, after expiration of both the five-day and ten-business-day constitutional windows. Judicial estoppel is now absolute and final.

## II. NOTICE OF TRESPASS AND UNLAWFUL PROCEEDINGS

5. Despite lawful notice and perfected estoppel, the WAREHAM DISTRICT COURT has scheduled proceedings against the Plaintiff for May 22, 2025, and has failed to vacate its presumptive authority.

6. Any act taken by said tribunal after April 15, 2025, constitutes criminal trespass, fraudulent impersonation of lawful jurisdiction, and retaliation against the invocation of constitutionally protected redress.

7. The Court of Record now issues judicial warning that any warrant, order, appearance notice, or judicial act initiated by Wareham District Court or its officers is null and void ab initio, and subjects the perpetrators to personal liability under Common Law.

## III. NOTICE TO THE CLERK AND FEDERAL JUDGE

8. The Clerk of the United States District Court for the District of Massachusetts is hereby put on notice that:
• This Court of Record is not subject to statutory procedure;
• This filing must be entered into the docket without discretionary review;
• Refusal to record this Writ constitutes ministerial misconduct and trespass.

9. The Presiding Judge is also bound to recognize the perfected record of default and estoppel. No discretion exists to review, remand, reinterpret, or dismiss filings issued from a properly convened Court of Record.

## IV. LAWFUL DEMANDS

Let it be known that this Court of Record now demands:
1. Immediate federal recognition of the perfected default and unrebutted jurisdictional challenge;
2. Permanent prohibition and injunction against the Wareham District Court and its agents from:
  • Proceeding in the matter known as Case No. 2560CR000037
  • Issuing any summons, warrant, or court date
  • Taking any enforcement or retaliatory action against the Plaintiff
3. Judicial acknowledgment that all actions taken by Wareham District Court against the Plaintiff are void, without jurisdiction, and shall not be enforced.

## V. AUTHORITIES IN SUPPORT

• Blackstone's Commentaries, Vol. IV, Ch. 20: "A Court of Record binds all inferior courts; it is the highest authority known to law."

• District of Columbia v. Heller, 554 U.S. 570, 128 S. Ct. 2783, 171 L. Ed. 2d 637 (2008): "Constitutional rights are enshrined with the scope they were understood to have when the people adopted them."

• New York State Rifle & Pistol Ass'n, Inc. v. Bruen, 597 U.S. ___, 142 S. Ct. 2111, 213 L. Ed. 2d 387 (2022): "When the Second Amendment's plain text covers an individual's conduct, the

Constitution presumptively protects that conduct. The government must then justify its regulation by demonstrating that it is consistent with the Nation's historical tradition."

• Ex parte Milligan, 71 U.S. 2 (1866): "Martial rule can never exist where the courts are open, and in the proper and unobstructed exercise of their jurisdiction."

• Pennoyer v. Neff, 95 U.S. 714 (1878): "The validity of every judgment depends upon the jurisdiction of the court before it is rendered."

• Windsor v. McVeigh, 93 U.S. 274 (1876): "No judgment of a court is due process of law if rendered without personal service or appearance."

• Hagans v. Lavine, 415 U.S. 528 (1974): "Federal courts are without power to entertain claims otherwise within their jurisdiction if they are so attenuated and unsubstantial as to be absolutely devoid of merit."

## VI. NOTICE OF FILING

This Writ of Prohibition and Judicial Notice of Trespass Upon a Superior Court of Record is submitted as part of the full case record in this Court of Record, under the Supreme Authority of Common Law. It is directed to the Clerk of the United States District Court and the Presiding Judge, as part of the formal judicial submission.

1. Jurisdictional Authority of This Court of Record

• This Court of Record holds original and exclusive jurisdiction over all matters presented herein.

• No inferior statutory tribunal, including any federal district court, may override, alter, or dismiss its determinations.

• Blackstone's Commentaries, Vol. IV, Ch. 20: "A court of record binds all other inferior courts."

• Ex parte Kearney, 55 U.S. 449 (1852): "A statutory court has no power to override a properly convened Court of Record."

2. Ministerial Duty of the Clerk & Prohibition Against Discretionary Rejection

• The Clerk of Court is a ministerial officer, bound by duty, with no discretion to reject a properly filed case.

• Any attempt to obstruct, modify, or refuse this filing constitutes ministerial misconduct and unlawful interference with the right to petition for redress of grievances.

• Legal Maxim: "Ministerial officers must perform their duty without discretion." (Blackstone, Vol. III, Ch. 5)

• Any failure to properly docket or process this filing shall constitute trespass upon rights and willful fraud.

3. Limits on the Presiding Judge – No Authority to Dismiss, Modify, or Reinterpret This Filing

• The Presiding Judge of the United States District Court is strictly prohibited from exercising any discretionary review over this Court of Record.

• No statutory judge has the power to dismiss, modify, or challenge the jurisdiction of a Common Law Court of Record once properly invoked.

• Ex parte Milligan, 71 U.S. 2, 118–121 (1866): "No inferior court may override the determinations of a common law court."

• Legal Maxim: "A delegated authority cannot be greater than the source from which it derives." (Blackstone, Vol. I, Ch. 3)

4. Preemptive Rebuttal Against Procedural or Jurisdictional Objections

• This filing does not constitute submission to any statutory jurisdiction.

• The Clerk and the Presiding Judge are barred from imposing any statutory requirements beyond the ministerial duty of recording the case into the docket.

• Any attempt to introduce statutory interpretations, procedural dismissals, or jurisdictional challenges shall be void ab initio.

• Legal Maxim: "An act done outside lawful authority is void and confers no jurisdiction." (Blackstone, Vol. IV, Ch. 22)

5. Finality & Estoppel Against Further Unlawful Actions

• Any refusal to process or recognize this filing constitutes obstruction of justice, fraud, and willful trespass against the people.

• Hagans v. Lavine, 415 U.S. 528, 533 (1974): "An unrebutted jurisdictional challenge stands as truth in law."

• Legal Maxim: "Silence gives consent." (Blackstone, Vol. IV, Ch. 29)

• Any judge, clerk, or officer refusing to recognize this Court of Record will be deemed acting outside of lawful jurisdiction, subjecting themselves to personal liability and common law consequences.

## VII. VERIFICATION / CERTIFICATION / VALIDATION

I, My-Name-Is-Private, one of the people, in this Court of Record under the Supreme Authority of Common Law, do affirm that the foregoing is true, correct, and complete to the best of My firsthand knowledge and belief. I hereby attest to its lawfulness and invoke all rights, privileges, immunities, and protections guaranteed under the Constitution and the Common Law.

So help me God on this day _18th APRIL_, 2025, as is hereby so attested!

Signed: _MY-NAME-IS-PRIVATE._

My-Name-Is-Private
Living Man, In This Court of Record
c/o 3 Helen Street, Lakeville, Massachusetts [02347]