

# IN THIS COURT OF RECORD, UNDER THE SUPREME AUTHORITY OF COMMON LAW

**All Rights Reserved**

April 18, 2025

TO:
Clerk of Court
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

RE: Filing for Judicial Record – Court of Record Authority Invoked

Case No: 1:2025-CV-10716

Dear Clerk of Court,

Please find enclosed two (2) documents for lawful ministerial filing into the above-captioned matter:

1. WRIT OF PROHIBITION AND JUDICIAL NOTICE OF TRESPASS UPON A SUPERIOR COURT OF RECORD
2. ORDER TO EXECUTE INJUNCTION AND PERMANENT PROHIBITION

These filings are submitted by this properly convened Court of Record under the Supreme Authority of Common Law. As a ministerial officer, you are bound by duty to record without discretionary interference, pursuant to Blackstone's Commentaries, Vol. III, Ch. 5:

"Ministerial officers must perform their duty without discretion."

No statutory review or judicial alteration is permitted under this jurisdiction. The original case record remains unrebutted and perfected as of April 15, 2025.

Respectfully submitted for entry into the public judicial record.

Signed: *My-Name-Is-Private.*

My-Name-Is-Private

Living Man, In This Court of Record

c/o 3 Helen Street

Lakeville, Massachusetts [02347]

## CERTIFICATE OF SERVICE

## IN THIS COURT OF RECORD, UNDER THE SUPREME AUTHORITY OF COMMON LAW

I, My-Name-Is-Private, one of the people, the living man, certify and declare that I have caused to be served a true and correct copy of the following filings:

- WRIT OF PROHIBITION AND JUDICIAL NOTICE OF TRESPASS UPON A SUPERIOR COURT OF RECORD
- ORDER TO EXECUTE INJUNCTION AND PERMANENT PROHIBITION

…by United States Postal Service (USPS) Express Mail with Return Receipt, upon the following recipient:

Clerk of Court

United States District Court

District of Massachusetts

John Joseph Moakley U.S. Courthouse

1 Courthouse Way

Boston, Massachusetts 02210

This filing is submitted for the lawful record of this Court of Record, to be docketed ministerially and without discretionary review. Tracking receipt and green card confirmation will be filed into the record upon return.

Executed in this Court of Record on this 18th day of April, 2025.

Respectfully submitted,

Signed: *My-Name-Is-Private*

My-Name-Is-Private

Living Man, In This Court of Record

c/o 3 Helen Street, Lakeville, Massachusetts [02347]