## IN THIS COURT OF RECORD, UNDER THE SUPREME AUTHORITY OF COMMON LAW

My-Name-Is-Private, one of the people, the living man

c/o 3 Helen Street, Lakeville, Massachusetts [02347]

[No Email – Private Communication Only]

Plaintiff,

v.

WAREHAM DISTRICT COURT,

Edward H. Sharkansky, in his official capacity as Judge of the Wareham District Court and in his personal capacity,

Daryl G. Manchester, in his official capacity as Clerk of the Wareham District Court and in his personal capacity,

Sabine M. Coyne, in her official capacity as Judge of the Wareham District Court and in her personal capacity,

Kristine A. Stone, in her official capacity as Judge of the Wareham District Court and in her personal capacity,

Defendants.

Case No: 1:2025-CV-10716