# EXHIBIT E

[USPS Return Receipt card, PS Form 3811, addressed to: WAREHAM DISTRICT COURT, ATTN: KRISTINE A. STOWE, 2200 CRANBERRY HIGHWAY, WEST WAREHAM, MA 02576. Tracking: 9590 9402 9152 4225 4093 75 / EI 977 021 196 US. Signed and received 4/10/25.]

USPS Return Receipt – Kristine A. Stone

## NOTICE OF FILING

This April 9th Exhibit List is submitted as part of the full case record in this Court of Record, under the Supreme Authority of Common Law. It is directed to the Clerk of the United States District Court and the Presiding Judge, as part of the formal judicial submission.

1. Jurisdictional Authority of This Court of Record
    - This Court of Record holds original and exclusive jurisdiction over all matters presented herein.
    - No inferior statutory tribunal, including any federal district court, may override, alter, or dismiss its determinations.
    - Blackstone's Commentaries, Vol. IV, Ch. 20: "A court of record binds all other inferior courts."
    - Ex parte Kearney, 55 U.S. 449 (1852): "A statutory court has no power to override a properly convened Court of Record."
2. Ministerial Duty of the Clerk & Prohibition Against Discretionary Rejection
    - The Clerk of Court is a ministerial officer, bound by duty, with no discretion to reject a properly filed case.