IN THIS COURT OF RECORD, UNDER THE SUPREME AUTHORITY OF COMMON LAW

My-Name-Is-Private, one of the people, the living man

c/o 3 Helen Street, Lakeville, Massachusetts [02347]

[No Email – Private Communication Only]


Plaintiff,

v.

WAREHAM DISTRICT COURT,

Edward H. Sharkansky, in his official capacity as Judge of the Wareham District Court and in his personal capacity,

Daryl G. Manchester, in his official capacity as Clerk of the Wareham District Court and in his personal capacity,

Sabine M. Coyne, in her official capacity as Judge of the Wareham District Court and in her personal capacity,

Kristine A. Stone, in her official capacity as Judge of the Wareham District Court and in her personal capacity,


Defendants.

Case No: 1:2025-CV-10716

- - - Any attempt to obstruct, modify, or refuse this filing constitutes ministerial misconduct and unlawful interference with the right to petition for redress of grievances.
    - Legal Maxim: "Ministerial officers must perform their duty without discretion." (Blackstone, Vol. III, Ch. 5)
  3. Limits on the Presiding Judge – No Authority to Dismiss, Modify, or Reinterpret This Filing
     - The Presiding Judge is prohibited from exercising any discretionary review over this Court of Record.
     - Ex parte Milligan, 71 U.S. 2 (1866): "No inferior court may override the determinations of a common law court."
  4. Finality & Estoppel Against Further Unlawful Actions
     - Any refusal to recognize this Bond or filing constitutes obstruction of justice, fraud, and willful trespass upon rights.
     - Hagans v. Lavine, 415 U.S. 528, 533 (1974): "An unrebutted jurisdictional challenge stands as truth in law."
     - Legal Maxim: "Silence gives consent." (Blackstone, Vol. IV, Ch. 29)

## VERIFICATION / CERTIFICATION / VALIDATION

I, My-Name-Is-Private, one of the people, in this Court of Record, under the Supreme Authority of Common Law, do affirm that the foregoing is true, correct, and complete to the best of My firsthand knowledge, and stands as lawful order.

So help me God on this day April 22, 2025, as is hereby so attested!

Signed: *My-NAME-IS-PRIVATE.*

My-Name-Is-Private

Living Man, In This Court of Record

c/o 3 Helen Street, Lakeville, Massachusetts [02347]

All Rights Reserved