IN THIS COURT OF RECORD

UNDER THE SUPREME AUTHORITY OF COMMON LAW

ALL RIGHTS RESERVED



My-Name-Is-Private, one of the people, the living man

c/o 3 Helen Street

Lakeville, Massachusetts [02347]

[No Email – Private Communication Only]

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

Case No: 1:25-cv-10716-RGS

Filed: MAY 11, 2025

**FORMAL NOTICE OF FINAL LIABILITY ENFORCEMENT**

TO: Risk Management Division

Executive Office for Administration and Finance

Commonwealth of Massachusetts

State House, Room 373

Boston, Massachusetts 02133

This **NOTICE** is submitted pursuant to perfected judicial authority under Common Law jurisdiction. Risk Management is hereby formally notified of the final and enforceable liability now certified in the above-captioned action, totaling $47,000,000.00, based on the unrebutted bonds, estoppel by default, and established penalties against the following named parties:

- Edward H. Sharkansky (Personal and Official Capacity)
- Daryl G. Manchester (Personal and Official Capacity)
- Sabine M. Coyne (Personal and Official Capacity)
- Kristine A. Stone (Personal and Official Capacity)
- WAREHAM DISTRICT COURT (Legal Entity)

## LIABILITY SUMMARY:

- **First Bond (April 8, 2025): $15,000,000.00**
- **Second Bond (April 21, 2025): $15,000,000.00**
- **Additional Penalties (as detailed): $17,000,000.00**

    **Total Enforceable Liability: $47,000,000.00**

This liability is legally perfected, unrebutted, and constitutes a binding financial and administrative obligation. Risk Management is now under ministerial duty to initiate bond indemnification, claim review, fiduciary assessment, or appropriate settlement actions to preserve the integrity of the Commonwealth and mitigate further harm.

## MAXIMS OF LAW

- *"The law will not suffer a wrong to be without a remedy."* — *Ubi jus ibi remedium*
- *"He who is silent is understood to consent."* — *Blackstone, Vol. IV, Ch. 29*
- *"Ministerial officers must perform their duty without discretion."* — *Blackstone, Vol. III, Ch. 5*
- *"Fraud vitiates everything it touches."* — *United States v. Throckmorton, 98 U.S. 61 (1878)*

## NOTICE OF MINISTERIAL DUTY

You are bound by ministerial obligation to take notice of these filings and act accordingly. Failure to acknowledge this lawful demand for indemnification or investigation constitutes ministerial negligence, fiduciary breach, and complicity in ongoing trespass against lawful authority.

## CERTIFICATION / VERIFICATION / VALIDATION

I, My-Name-Is-Private, one of the people, the living man, in this Court of Record under the Supreme Authority of Common Law, do certify that the foregoing is true, correct, and complete under penalty of perjury, with all rights reserved.

Certified under Statutes at Large and Universal Law, this _May 11_, 2025.

Signed: _My-Name-Is-Private._

My-Name-Is-Private

Living Man, In This Court of Record

c/o 3 Helen Street

Lakeville, Massachusetts [02347]

All Rights Reserved