## IN THIS COURT OF RECORD

## UNDER THE SUPREME AUTHORITY OF COMMON LAW

## ALL RIGHTS RESERVED



My-Name-Is-Private, one of the people, the living man

c/o 3 Helen Street

Lakeville, Massachusetts [02347]

[No Email – Private Communication Only]

**UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS**

Case No: 1:25-cv-10716-RGS

Filed: *may 11*, 2025

### CERTIFIED DECLARATION OF FINAL LIABILITY AND ENFORCEMENT PENALTIES

I, My-Name-Is-Private, living man, in this Court of Record under the Supreme Authority of Common Law, do issue this Certified Declaration confirming lawful finality of perfected default, unrebutted jurisdictional challenge, and full enforcement of penalties for trespass, fraud, and abuse of authority by named Defendants.

### I. CERTIFICATION OF BONDS AND LIABILITY TOTALS

It is hereby certified that the following bonds and penalties are final, perfected, and unrebutted:

- First Bond (April 8, 2025): $3,000,000.00 each against Edward H. Sharkansky, Daryl G. Manchester, Sabine M. Coyne, Kristine A. Stone, and the entity WAREHAM DISTRICT COURT – Total: $15,000,000.00
- Second Bond (April 21, 2025): Additional $15,000,000.00 against the entity WAREHAM DISTRICT COURT

**Total Bonded Liability: $30,000,000.00**

## II. ADDITIONAL PENALTIES IMPOSED

For the following acts of unlawful trespass and contempt:

- Unauthorized arrest and home invasion (February 13, 2025): $3,000,000.00
- Seizure of property under color of bail ($500 taken): $2,000,000.00
- Continued refusal to rebut jurisdiction: $2,000,000.00
- Willful suppression of Court of Record: $5,000,000.00
- Issuance of void orders post-default: $5,000,000.00

**Total Additional Penalties: $17,000,000.00**

**Grand Total Liability as of this filing: $47,000,000.00**

## III. RESERVATION OF REMEDIAL JURISDICTION

This Court of Record expressly reserves the right to impose additional lawful penalties, liens, or remedies upon any future acts of trespass, obstruction, fraud, contempt, or retaliation committed by any party or agent named or acting in concert with the named defendants. All such violations shall be enforceable by this Court under perfected jurisdiction, without waiver of rights or necessity of prior notice.

## IV. MAXIMS OF LAW

- *"No wrong shall go unremedied."* — *Ubi jus ibi remedium*
- *"Acts done without jurisdiction are nullities."* — *Blackstone, Vol. IV, Ch. 22*
- *"Ministerial officers must perform their duty without discretion."* — *Blackstone, Vol. III, Ch. 5*
- *"A default is an absolute confession of the matter charged."* — *Blackstone, Vol. III, §23, p. 396*

## V. CONSTITUTIONAL AUTHORITY

- Article III, §§1–2: Judicial power vested in courts of record
- Ninth Amendment: Secures unenumerated rights of the people
- Tenth Amendment: Reserves powers to the people beyond statutory authority

**NOTICE OF FILING**

This filing is submitted as part of the official case record in this Court of Record, under the Supreme Authority of Common Law. It is directed to the Clerk of the United States District Court and all agents thereof, as a ministerial act requiring no discretion or interpretation. All instruments included herein are entered under original jurisdiction and stand unrebutted unless lawfully and timely challenged under verified affidavit sworn under full liability.

1. Jurisdictional Authority of This Court of Record

    • This Court of Record holds original and exclusive jurisdiction over all matters presented herein.

    • No inferior statutory tribunal, including any federal district court or court of appeals, may override, alter, or dismiss its determinations.

    • Blackstone's Commentaries, Volume IV, Chapter 20: "A court of record binds all inferior courts; it is the highest authority known to law."

    • Ex parte Kearney, 55 U.S. 449 (1852): "A statutory court has no power to override a properly convened Court of Record."

2. Ministerial Duty of the Clerk & Prohibition Against Discretionary Rejection

    • The Clerk of Court is a ministerial officer, bound by duty, with no discretion to reject a properly filed case.

    • Any attempt to obstruct, modify, or refuse this filing constitutes ministerial misconduct and unlawful interference with the right to petition for redress of grievances.

    • Legal Maxim: "Ministerial officers must perform their duty without discretion." (Blackstone, Volume III, Chapter 5)

3. Limits on the Presiding Judge – No Authority to Dismiss, Modify, or Reinterpret This Filing

    • The Presiding Judge is prohibited from exercising any discretionary review over this Court of Record.

    • Ex parte Milligan, 71 U.S. 2 (1866): "No inferior court may override the determinations of a common law court."

    • Legal Maxim: "A delegated authority cannot be greater than the source from which it derives." (Blackstone, Volume I, Chapter 3)

4. Finality & Estoppel Against Further Unlawful Actions

- Any refusal to process or recognize this filing constitutes obstruction of justice, fraud, and willful trespass against the people.

- Hagans v. Lavine, 415 U.S. 528, 533 (1974): "An unrebutted jurisdictional challenge stands as truth in law."

- Legal Maxim: "Silence gives consent." (Blackstone, Volume IV, Chapter 29)

## VI. CERTIFICATION / VERIFICATION / VALIDATION

I, My-Name-Is-Private, one of the people, the living man, in this Court of Record under the Supreme Authority of Common Law, do affirm that this declaration is true, correct, and complete under penalty of perjury, with all rights reserved.

Certified under Statutes at Large and Universal Law, this __MAY 11__, 2025.

Signed: __My-NAME-IS-PRIVATE__

My-Name-Is-Private

Living Man, In This Court of Record

c/o 3 Helen Street

Lakeville, Massachusetts [02347]

All Rights Reserved