IN THIS COURT OF RECORD

UNDER THE SUPREME AUTHORITY OF COMMON LAW

ALL RIGHTS RESERVED

CERTIFICATE OF SERVICE

Executed: May 11, 2025

I, My-Name-Is-Private, one of the people, the living man, in this Court of Record under the Supreme Authority of Common Law, hereby certify that on this day, May 11, 2025, the following judicial filings:

- Order of Contempt and Enforcement of Judgment (for each named defendant)
- Notice of Filing and Ministerial Directive
- Judicial Notice of Bond Enforcement Intent and Financial Enforcement Directive
- Notice of Lien and Demand for Payment and Additional Civil Penalties
- Certified Declaration of Final Liability and Enforcement Penalties
- Formal Notice of Final Liability Enforcement
- Final Court of Record Enforcement Mandate

were executed and prepared for lawful express mailing with return receipt to the following parties:

TO:

Risk Management Division

Executive Office for Administration and Finance

State House, Room 373

Boston, Massachusetts 02133

TO:

Edward H. Sharkansky

Wareham District Court

2200 Cranberry Highway

West Wareham, MA 02576


TO:

Daryl G. Manchester

Wareham District Court

2200 Cranberry Highway

West Wareham, MA 02576


TO:

Sabine M. Coyne

Wareham District Court

2200 Cranberry Highway

West Wareham, MA 02576


TO:

Kristine A. Stone

Wareham District Court

2200 Cranberry Highway

West Wareham, MA 02576

TO:

Wareham District Court (Entity)

2200 Cranberry Highway

West Wareham, MA 02576


TO:

Clerk of Court

United States District Court – District of Massachusetts

1 Courthouse Way

Boston, MA 02210


All documents were executed and sealed in accordance with perfected jurisdiction and under the authority of this Court of Record.


Executed and certified under penalty of perjury on this day, May 11, 2025.


Signed: *My-Name-Is-Private.*

My-Name-Is-Private

Living Man, In This Court of Record

c/o 3 Helen Street

Lakeville, Massachusetts [02347]

All Rights Reserved