IN THIS COURT OF RECORD

UNDER THE SUPREME AUTHORITY OF COMMON LAW

ALL RIGHTS RESERVED



FILED
IN CLERK'S OFFICE

2025 MAY 29 PM 1:51

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS AD SUBJICIENDUM**

(Common Law Invocation of Article I, Section 9, Clause 2, and Article III)

Plaintiff / Living Man / One of the People:

My-Name-Is-Private, one of the people, the living man

c/o 3 Helen Street

Lakeville, Massachusetts [02347]

[Private Communication Only – No Email]

v.

Respondents / Alleged Detaining Officers:

ANY AND ALL AGENTS, OFFICERS, OR PERSONS

CLAIMING CUSTODY OR AUTHORITY OVER THE BODY

OF "RICHARD ALLAN BUZZELL"

in their private and official capacities

Case No: 25-CV-10716

**TO: ANY AND ALL PERSONS CLAIMING TO DETAIN OR RESTRAIN THE BODY OF THE MAN KNOWN COMMERCIALLY AS "RICHARD ALLAN BUZZELL"**

**LET IT BE KNOWN:**

I, My-Name-Is-Private, the living man, one of the people, in this Court of Record under the Supreme Authority of Common Law, do hereby command, in accordance with Article I, Section 9, Clause 2 of the Constitution for the United States of America, and affirmed by Article III, that:

**THE BODY SHALL BE PRODUCED IMMEDIATELY**, and lawful cause shown for any detention or restraint of the living man, My-Name-Is-Private, wrongfully identified as the legal fiction "**RICHARD ALLAN BUZZELL**."

Should no verified affidavit, sworn under penalty of perjury, be presented identifying:

- a natural, living, injured party
- a lawful warrant issued under oath or affirmation
- or a verified claim of harm, injury, or breach of peace

Then the detention is unlawful, and this Court orders immediate release.

**I. CONSTITUTIONAL AUTHORITY**

- Article I, Section 9, Clause 2 – "The privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it."

- Article III – Judicial power shall extend to all cases in law and equity arising under this Constitution.
- First Amendment – Right to petition for redress of grievances shall not be abridged.
- Fourth Amendment – Right of the people to be secure in their persons.
- Ninth Amendment – The enumeration of certain rights shall not be construed to deny or disparage others retained by the people.
- Tenth Amendment – The powers not delegated to the United States... are reserved to the States respectively, or to the people.

## II. UNITED STATES SUPREME COURT AUTHORITY

- Boumediene v. Bush, 553 U.S. 723 (2008): "The writ of habeas corpus is an indispensable mechanism for monitoring the separation of powers... It is a writ antecedent to statute, and throwing its protections away would cut the constitutional fabric."
- Ex parte Bollman, 8 U.S. (4 Cranch) 75 (1807): "The writ of habeas corpus is a high prerogative writ, known to the common law... its purpose is to afford a prompt and efficacious remedy."
- Ex parte Yerger, 75 U.S. 85 (1868): "The right to the writ is not suspended unless specifically declared so by lawful authority. Even then, it must be according to the Constitution."
- Fay v. Noia, 372 U.S. 391 (1963): "The Great Writ is the fundamental instrument for safeguarding individual freedom against arbitrary and lawless state action."
- Rasul v. Bush, 542 U.S. 466 (2004): "The writ of habeas corpus has full force even when the government asserts extrajudicial power over the individual."

## III. BLACKSTONE'S COMMENTARIES – PRIMA FACIE COMMON LAW

- *"A court of record binds all inferior courts; it is the highest authority known to law." — Vol. IV, Ch. 20*
- *"Ministerial officers must perform their duty without discretion." — Vol. III, Ch. 5*
- *"A default is an absolute confession of the matter charged." — Vol. III, §23*
- *"No one may appear by attorney without the leave of the court." — Vol. III, Ch. 23*
- *"The office of the clerk is altogether ministerial. He is to obey, not to judge." — Vol. III, Ch. 5*
- *"Where there is a right, there is a remedy." — Vol. III, Ch. 7*
- *"The law does not arise from precedent, but precedent from the law." — Vol. I, Ch. 1*

## IV. MAXIMS OF LAW

1. Delegata potestas non potest delegari

    "A delegated power cannot be further delegated."

    Source: Blackstone's Commentaries, Volume I, Chapter 2; also rooted in administrative and constitutional law doctrines.

2. Actus curiæ neminem gravabit

    "An act of the court shall prejudice no one."

    Source: Blackstone's Commentaries, Volume III, Chapter 23.

3. Fraus et dolus nemini patrocinari debent

    "Fraud and deceit should excuse no man."

    Source: Broom's Legal Maxims (10th Edition), p. 343; Blackstone references fraudulent process as void.

4. Ubi jus ibi remedium

    "Where there is a right, there is a remedy."

    Source: Blackstone's Commentaries, Volume III, Chapter 7.

5. Injuria non excusat injuriam

    "One injury does not excuse another."

    Source: Broom's Legal Maxims, p. 317; and recognized in equity and constitutional remedies.

6. Quod ab initio non valet in tractu temporis non convalescit

    "That which is void from the beginning cannot be made valid by passage of time."

    Source: Broom's Legal Maxims, p. 131; foundational to all void judgments and writs.

7. Ex dolo malo non oritur actio

    "No right of action arises from fraud."

    Source: Broom's Legal Maxims, p. 353; applied in Throckmorton and all void proceedings.

## V. NOTICE OF FILING

This Writ of Habeas Corpus is submitted and entered as a lawful instrument of a superior Court of Record under the Supreme Authority of Common Law and the Constitution.

Any refusal to honor this Writ constitutes:

- False imprisonment
- Denial of access to court
- Violation of unalienable rights
- Fraud and ministerial breach

All officers involved shall be held personally and officially liable, and a lien or claim may attach accordingly.

This filing is submitted as part of the official case record in this Court of Record, under the Supreme Authority of Common Law. It is directed to the Clerk of the United States District Court and all agents thereof, as a ministerial act requiring no discretion or interpretation. All instruments included herein are entered under original jurisdiction and stand unrebutted unless lawfully and timely challenged under verified affidavit sworn under full liability.

1. Jurisdictional Authority of This Court of Record

    • This Court of Record holds original and exclusive jurisdiction over all matters presented herein.

    • No inferior statutory tribunal, including any federal district court or court of appeals, may override, alter, or dismiss its determinations.

    • Blackstone's Commentaries, Volume IV, Chapter 20: "A court of record binds all inferior courts; it is the highest authority known to law."

    • Ex parte Kearney, 55 U.S. 449 (1852): "A statutory court has no power to override a properly convened Court of Record."

2. Ministerial Duty of the Clerk & Prohibition Against Discretionary Rejection

   • The Clerk of Court is a ministerial officer, bound by duty, with no discretion to reject a properly filed case.

   • Any attempt to obstruct, modify, or refuse this filing constitutes ministerial misconduct and unlawful interference with the right to petition for redress of grievances.

   • Legal Maxim: "Ministerial officers must perform their duty without discretion." (Blackstone, Volume III, Chapter 5)

3. Limits on the Presiding Judge – No Authority to Dismiss, Modify, or Reinterpret This Filing

   • The Presiding Judge is prohibited from exercising any discretionary review over this Court of Record.

   • Ex parte Milligan, 71 U.S. 2 (1866): "No inferior court may override the determinations of a common law court."

   • Legal Maxim: "A delegated authority cannot be greater than the source from which it derives." (Blackstone, Volume I, Chapter 3)

4. Finality & Estoppel Against Further Unlawful Actions

   • Any refusal to process or recognize this filing constitutes obstruction of justice, fraud, and willful trespass against the people.

   • Hagans v. Lavine, 415 U.S. 528, 533 (1974): "An unrebutted jurisdictional challenge stands as truth in law."

   • Legal Maxim: "Silence gives consent." (Blackstone, Volume IV, Chapter 29)

## VI. RELIEF DEMANDED

1. That the body of the living man be produced without delay.
2. That proof of lawful cause be presented on the record.
3. That release be granted if no injured party or valid jurisdiction exists.
4. That no alias, fiction, or statutory presumption override this Court of Record.

## VERIFICATION / CERTIFICATION / VALIDATION

I, My-Name-Is-Private, one of the people, the living man, do affirm under full liability and penalty of perjury that the foregoing is true, correct, and complete to the best of my firsthand knowledge and belief.

So help me God, this 22nd day of May 2025.

Signed: *My-Name-Is-Private.*

My-Name-Is-Private

Living Man, In This Court of Record

All Rights Reserved