# United States Court of Appeals
## For the First Circuit

No. 25-1422

IN RE: MY-NAME-IS-PRIVATE,

Petitioner.

Before

Barron, Chief Judge,
Kayatta and Rikelman, Circuit Judges.

**JUDGMENT**

Entered: June 9, 2025

Petitioner's "Judicial Notice of Ministerial Breach and Demand for Immediate Remedy" is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
My-Name-Is-Private
Erin Fowler
Andrea J. Campbell